| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 2:00-CR-92-01 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) 04-10034 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jeanne Kirby 1202 Commonwealth Ave. Room 309 Alston, MA 02115 | DISTRICT DISTRICT OF VERMONT | DIVISION Criminal |
|---|---|---|
| | NAME OF SENTENCING JUDGE Hon. William K. Sessions III | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/6/2003 — TO 4/5/2006 |

OFFENSE

Bank Robbery
18 U.S.C. § 2113(a)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF VERMONT"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF MASSACHUSETTS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/16/03
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Jan 8, 2004
Effective Date

William G. Young
United States District Judge

smg